# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*   (212) 885-5436
*Fax:*     (917) 332-3854
*Email:*   Hilary.korman@blankrome.com

April 13, 2022

<u>By ECF</u>
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    *Ebony Ison v. Hotel Riu Republica and Riu Hotel & Resorts*
             Case No. 1:22-CV-00324-PGG
             <u>Letter Motion for **(1)** Extension of Time to Respond to Complaint</u>
             <u>and **(2)** Adjourn May 19, 2022 Pretrial Conference (On Consent)</u>

Dear Judge Gardephe,

The undersigned was recently retained to represent the entity that owns and operates Hotel Riu Republica, the hotel identified as one of the defendants in this action. We understand that the other named defendant, Riu Hotels & Resorts, is not a legal entity.

**Extension of Time to Respond to Complaint or Otherwise Move.** We write to request a forty-five (45) day extension of time to respond to the Complaint [ECF No. 2] ("Complaint") or otherwise move, through and including <u>June 2, 2022</u>. This extension is requested because Blank Rome LLP was recently retained and requires time to review the file, investigate the merits and defenses, and to prepare an appropriate response. Plaintiff's counsel consents to the request, and this is the first request for an extension. A stipulation reflecting the agreement of the parties is annexed hereto as <u>Exhibit A.</u>

**Adjournment of May 19, 2022 Pretrial Conference.** Given the requested extension of time to respond to the Complaint, through June 2, 2022, the parties request a corresponding adjournment of the May 19, 2022 Pretrial Conference. Based on existing conflicts, the parties propose that it be rescheduled to July 14, 2022, July 21, 2022, July 28, 2022, or as thereafter convenient to the Court.

Thank you for your consideration.

BLANKROME

April 13, 2022
Page 2

                                                          Respectfully submitted,

                                                          /s/ *Hilary F. Korman*

                                                          Hilary F. Korman

cc:    By ECF
       All Parties of Record

**Memo Endorsed:**  Defendant will answer or otherwise respond to the Complaint by June 2, 2022.  The initial pre-trial conference scheduled for May 19, 2022 is adjourned to July 21, 2022 at 10:45 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge
Dated:  April 19, 2022